UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RENEE J. THOMAS,

Defendant.

Case No. 3:13-cr-05654-TMC

ORDER DENYING MOTION FOR RELIEF FROM RESTITUTION

## I. ORDER

Defendant Renee J. Thomas pled guilty to wire fraud in 2013. Dkt. 12. The Honorable Ronald B. Leighton, U.S. District Judge, sentenced Thomas to 18 months incarceration and three years of supervised release. Dkt. 19. Judge Leighton also imposed mandatory restitution in the amount of $126,469. *Id.* In the nearly thirteen years since her conviction, Thomas had made regular payments totaling $23,203.82, but she still owes $103,265.18. *See* Dkt. 25-1. Thomas asks the Court to either reduce the total balance or modify the payment requirements, writing that she is "experiencing significant financial hardship." Dkt. 24.

As the United States explains in its opposition, the Court does not have the authority to reduce the total balance of restitution owed. *United States v. Watts*, 182 F. App'x 669 (9th Cir. 2006); *United States v. Chan*, 298 F. App'x 634 (9th Cir. 2008). The Court can modify the

payment schedule under 18 U.S.C. § 3664(k), but Thomas has not provided sufficient information about her financial hardship, the source of her current payments, or her proposed modification for the Court to decide whether that is justified.

The Court therefore DENIES Thomas's request that the Court reduce the total balance and DENIES WITHOUT PREJUDICE her request for modification of the payment schedule. *See* Dkt. 24. Thomas may refile her motion with more information and supporting documentation about what has changed in her economic circumstances, where her current payments are drawn from, and what modification to the payment schedule she is seeking.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 10th day of September, 2026.

Tiffany M. Cartwright
United States District Judge